```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3044 |
| v. | ) | |
| | ) | |
| ELENA AMBRIZ-MENDOZA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's oral motion to revoke her conditions of release, made in open court on August 1, 2007, is granted. The order setting conditions of release, filing 13, is revoked and defendant shall be held in the custody of the United States Marshal until further order.

DATED this 3rd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge